DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE J. BUSH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1306

[August 18, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-2002-CF-011731-BXXX-MB.

Willie J. Bush, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***